IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROCKY JOE HOUSTON, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:05-cv-345 |
| STATE OF TENNESSEE, *et al.*, | ) | |
| Defendants | ) | |

### O R D E R

A review of the complaint reflects that this is the seventh lawsuit filed in this court against many of these same defendants.[1] In this lawsuit, Rocky Joe Houston[2] has sued 64 defendants, including the Attorney General of the United States, six federal judges, an FBI agent, the governor, the deputy governor, the

---

[1] Those lawsuits are: (1) *Rocky Joe Houston v. Bebb, et al.*, 3:03-cv-30; (2) *Rocky Joe Houston v. Justice Drawota, et al.*, 3:03-cv-126; (3) *Rocky Joe Houston v. D.A. McCluen, et al.*, 3:03-cv-263; (4) *Rocky Joe Houston v. Judge Thomas, et al.*, 3:03-cv-555; (5) *Rocky Joe Houston v. McCluen, et al.*, 3:02-cv-544 (currently on appeal); and (6) *Rocky Joe Houston v. Roane County, et al.*, 3:03-cv-424 (dismissal affirmed on appeal, Sixth Circuit No. 03-6340).

[2] It also appears that plaintiff must have used his brother's former complaint as a template because plaintiff in this lawsuit is initially identified as "Clifford Leon Houston." [*See* Doc. 1, p.4, ¶ 1]. The court takes judicial notice of the fact that plaintiff's brother is also a frequent litigator.

Highway Patrol, the director and an agent of the TBI, three state court judges, a district attorney general and nearly his entire office, and an associate deputy of the Attorney General's Office for the State of Tennessee. Plaintiff alleges everything from a felony conspiracy to violate his constitutional rights, to mail fraud, to attempted murder.

In short, this plaintiff is once again engaging in an abuse of process. It will not be tolerated by this court. Moreover, the court has already expended tremendous resources addressing all previous and similar litigation. There is no need to duplicate this process. Accordingly, this matter is hereby DISMISSED WITH PREJUDICE because:

1. It is frivolous and malicious;
2. It fails to state a claim upon which relief can be granted; and
3. It seeks monetary relief against many defendants who are immune from any such relief.

*See* 28 U.S.C. § 1915(e)(2)(B).

**E N T E R :**

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE