IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROCKY JOE HOUSTON, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:05-cv-345 |
| STATE OF TENNESSEE, *et al.*, | ) | |
| Defendants | ) | |

## O R D E R

In view of the fact that this court dismissed this case pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B) on August 8, 2005 [*see* Doc. 9], the following motions filed by plaintiff after that date are hereby DENIED AS MOOT:

(1) Motion for recusal [Doc. 11]; and

(2) Motion for entry of default against St. Paul's Travelers, Inc. [Doc. 13].

**E N T E R :**

s/ *James H. Jarvis*
UNITED STATES DISTRICT JUDGE